UNITED STATES of America,
Appellee,

v.

Claude Vance COOLEY and David Closs
Winstead, Appellants.

No. 12874.

United States Court of Appeals,
Fourth Circuit.

Argued March 3, 1969.

Decided March 7, 1969.

Before HAYNSWORTH, Chief Judge,
and SOBELOFF and BOREMAN, Circuit Judges.

PER CURIAM:

Upon consideration of the record, the briefs, and the argument of counsel, we find no error in these convictions.

Affirmed.

Donald Dean THURMAN, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 23579.

United States Court of Appeals,
Ninth Circuit.

Oct. 5, 1970.

LeRue Grim (argued), San Francisco, Cal., for appellant.

James J. Simonelli (argued), Asst. U. S. Atty., John P. Hyland, U. S. Atty., Sacramento, Cal., for appellee.

Before CHAMBERS and BROWNING, Circuit Judges, and THOMPSON, District Judge.

PER CURIAM:

The court considers that Thurman's appeal in the above case is moot by reason of our decision in Thurman v. United States, 423 F.2d 988.

Therefore, the appeal is dismissed.